# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAMONT JOSEPH WILLIAMS,<br><br>        Petitioner,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Respondents. | No. CV 07-5644-ODW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: January 9, 2010

         HONORABLE OTIS D. WRIGHT, II
         UNITED STATES DISTRICT JUDGE