# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAMONT JOSEPH WILLIAMS, | No. CV 07-5644-ODW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 9, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE